**STATE of Missouri, Respondent,**

v.

**Gary N. DAVIS, Appellant.**

**No. WD 51598.**

Missouri Court of Appeals, Western District.

Sept. 10, 1996.

David Simpson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Kurt U. Schaefer, Assistant Attorney General, Jefferson City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Defendant–Appellant Gary Davis was convicted following a jury trial of possession of a knife while in a correctional institution, in violation of Section 217.360.1(4) RSMo 1994.

He was sentenced as a prior offender to five years in prison. He appeals his conviction, alleging that the trial court erred in failing to *sua sponte* declare a mistrial when the prosecutor, without objection, told the jury his personal opinions about the evidence.

We have reviewed the briefs and the record on appeal. We do not find that the prosecutor improperly offered personal opinions or that his comments were so prejudicial as to have required the trial court to *sua sponte* declare a mistrial. Because a published opinion reciting the detailed facts and applicable principles of law would have no precedential value, we affirm by this summary order, but have provided the parties with a memorandum opinion, for their information only, setting forth our reasoning.

Judgment affirmed. Rule 30.25(b).